Bryce C. Loveland, Esq., Nevada Bar No. 10132
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: bcloveland@bhfs.com
       wnobriga@bhfs.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG CLOVE, an individual | Case No.: 2:24-cv-02348-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA | |
| Defendant. | |

  Defendant, Teamsters Local 631 Security Fund for Southern Nevada (the "Security Fund"), and Plaintiff Craig Clove ("Clove"), by and through their respective counsel of record, hereby stipulate and agree to allow their respective oppositions to the competing motions for summary judgment (ECF Nos. 22 & 23) to be filed on October 29, 2025:

  1. On September 17, 2025, the Security Fund filed its Motion for Summary Judgment. *See* ECF No. 21.

  2. On September 17, 2025, Clove filed a competing Motion for Summary Judgment. *See* ECF No. 22.

  3. Counsel for the Security Fund has had briefing due in multiple cases during the 14-day period to file its opposition to the pending motion for summary judgment. Given this workload, counsel for the Security Fund has requested, and counsel for Clove has agreed, to extend the

deadline to file an opposition by an additional 21 days. Counsel for the Security Fund has agreed to extend Clove's deadline to respond by the same amount of time.

    4.    The parties agree that both parties will have up to and including October 29, 2025, to file their oppositions to the competing motions for summary judgment.

    5.    This request is made in good-faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

DATE: October 7, 2025

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **THE LAW OFFICES OF PHILIP J. TRENCHAK, ESQ., PC** |
| /s/ William D. Nobriga | /s/ Philip J. Trenchak |
| Bryce C. Loveland, Esq., Bar No. 10132<br>William D. Nobriga, Esq., Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | Philip J. Trenchak, Esq., Bar No. 9924<br>1614 South Maryland Parkway<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiff, Craig Clove* |
| *Attorneys for Defendant, Teamsters Local 631 Security Fund for Southern Nevada* | |

**O R D E R**

IT IS SO ORDERED:

Dated: October 8, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE