**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**The Law Offices of Philip J. Trenchak, Esq.,**
**A Prof. Corp.**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@trenchaklaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG CLOVE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA;<br><br>Defendants. | CASE NO.: 2:24-cv-02348-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**THIRD REQUEST** |

Plaintiff Craig Clove ("Clove"), and Defendant, Teamsters Local 631 Security Fund for Southern Nevada (the "Security Fund"), by and through their respective counsel of record, hereby file this third request to stipulate and agree to allow their respective oppositions to the competing motions for summary judgment (ECF Nos. 22 & 23) to be filed on November 12, 2025, per the third stipulation and order be calendared as follows:

1. On September 17, 2025, the Security Fund filed its Motion for Summary Judgment. *See* ECF No. 22.

2. On September 17, 2025, Clove filed a competing Motion for Summary Judgment. *See* ECF No. 23.

3. On October 07, 2025, This Court entered a stipulation and order allowing an additional twenty-one (21) days to brief the response, which extended the deadline to October 29, 2025. *See* ECF No. 25

1

35930666.1

4. On October 30, 2025, this Court entered a second stipulation and Order allowing a one (1) week extension to November 5, 2025. *See* ECF No. 28.

5. Counsel for the Plaintiff has had briefing due in multiple cases to complete during the month of October. This has delayed his work on the Response to Plaintiff's Response to the pending motion for summary judgment. Given this workload, counsel for the Plaintiff has requested an additional second one (1) week extension to November 12, 2025, and counsel for Defendant has agreed to extend the deadline to file a response by an additional seven (7) additional days. Counsel for the Plaintiff has agreed to extend Defendant's deadline to respond by the same amount of time, if necessary.

6. The parties agree that both parties will have up to and including November 12, 2025, to file their oppositions to the competing motions for summary judgment.

7. This request is made in good-faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

DATE: November 05, 2025

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **THE LAW OFFICES OF PHILIP J. TRENCHAK, ESQ., PC** |
| */s/ Bryce Loveland* | */s/ Phil Trenchak* |
| Bryce C. Loveland, Esq., Bar No. 10132<br>William D. Nobriga, Esq., Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile:  (702) 382-8135<br>*Attorneys for Defendant, Teamsters Local 631 Security Fund for Southern Nevada* | Philip J. Trenchak, Esq., Bar No. 9924<br>1614 South Maryland Parkway<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff, Craig Clove* |

**O R D E R**

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 6, 2025