**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**The Law Offices of Philip J. Trenchak, Esq.,**
**A Prof. Corp.**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@trenchaklaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG CLOVE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA;<br><br>Defendants. | CASE NO.: 2:24-cv-02348-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**THIRD REQUEST** |

Plaintiff Craig Clove ("Clove"), and Defendant, Teamsters Local 631 Security Fund for Southern Nevada (the "Security Fund"), by and through their respective counsel of record, hereby file this third request to stipulate and agree to allow their respective replies to the competing motions for summary judgment (ECF Nos. 22 & 23) to be filed on January 7, 2026 per this stipulation and order be calendared as follows:

1. On September 17, 2025, the Security Fund filed its Motion for Summary Judgment. *See* ECF No. 22.

2. On September 17, 2025, Clove filed a competing Motion for Summary Judgment. *See* ECF No. 23.

3. On November 11, 2025, both parties filed Oppositions to the competing Motions for Summary Judgment. *See* ECF Nos. 31 and 32.

4. On December 1, 2025, this Court granted a stipulation to extend time to file the Reply

briefs until December 10, 2025 (ECF 34).

5. On December 9, 2025, this Court granted a stipulation to extend time to file the Reply briefs until December 17, 2025 (ECF 35).

6. Counsel for Plaintiff has ongoing complex litigation which is scheduled for a mediation on December 17, 2025.

7. The parties agree that both parties will have up to and including January 7, 2026, to file their reply briefs in support of the competing motions for summary judgment.

8. This request is made in good-faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATE: December 16, 2025

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | THE LAW OFFICES OF PHILIP J. TRENCHAK, ESQ., PC |
|---|---|
| /s/ William D. Nobriga | /s/ Philip J. Trenchak |
| Bryce C. Loveland, Esq., Bar No. 10132<br>William D. Nobriga, Esq., Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile:  (702) 382-8135 | Philip J. Trenchak, Esq., Bar No. 9924<br>1614 South Maryland Parkway<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiff, Craig Clove* |
| *Attorneys for Defendant, Teamsters Local 631 Security Fund for Southern Nevada* | |

# O R D E R

IT IS SO ORDERED:

Dated: December 17, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE