**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**The Law Offices of Philip J. Trenchak, Esq.,**
**A Prof. Corp.**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@trenchaklaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG CLOVE, an individual; | CASE NO.: 2:24-cv-02348-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; | **FOURTH AND FINAL REQUEST** |
| Defendants. | |

Plaintiff Craig Clove ("Clove"), and Defendant, Teamsters Local 631 Security Fund for Southern Nevada (the "Security Fund"), by and through their respective counsel of record, hereby file this fourth request to stipulate and agree to allow their respective replies to the competing motions for summary judgment (ECF Nos. 22 & 23) be filed on January 14, 2026 per the first stipulation and order be calendared as follows:

1. On September 17, 2025, the Security Fund filed its Motion for Summary Judgment. *See* ECF No. 21.

2. On September 17, 2025, Clove filed a competing Motion for Summary Judgment. *See* ECF No. 22.

3. On November 11, 2025, both parties filed Oppositions to the competing Motions for Summary Judgment. *See* ECF Nos. 31 and 32.

4. On December 1, 2025, this Court granted a stipulation to extend time to file the Reply

1

2   briefs until December 10, 2025 (ECF 34).

3   5.  On December 9, 2025, this Court granted a stipulation to extend time to file the Reply

4       briefs until December 17, 2025 (ECF 35).

5   6.  Counsel for Plaintiff has ongoing complex litigation which was scheduled for a mediation

6       on December 17, 2025.

7   7.  A third stipulation was filed on December 16, 2025 agreeing to an extension to January

8       7, 2026 (ECF 37.)

9   8.  The parties agreed and the court ordered that both parties will have up to and including

10      January 7, 2026, to file their reply briefs in support of the competing motions for

11      summary judgment (ECF 38).

12  9.  Counsel for Plaintiff  has ongoing scheduling and complex litigation which has caused

13      further delays.

14  10. The parties stipulate to a fourth and final request to grant until January 14, 2026 to file

15      reply briefs.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1     11. This request is made in good-faith and not for the purpose of delay.

2    **IT IS SO STIPULATED.**

3    DATE: January 7, 2025

4

5    **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

    **THE LAW OFFICES OF PHILIP J. TRENCHAK, ESQ., PC**

6    /s/ William D. Nobriga

    /s/ Philip J. Trenchak

7    Bryce C. Loveland, Esq., Bar No. 10132
    William D. Nobriga, Esq., Bar No. 14931

    Philip J. Trenchak, Esq., Bar No. 9924
    1614 South Maryland Parkway
    Las Vegas, Nevada 89104

8    100 North City Parkway, Suite 1600

9    Las Vegas, Nevada 89106-4614
    Telephone: (702) 382-2101

    *Attorney for Plaintiff, Craig Clove*

10   Facsimile:  (702) 382-8135

11   *Attorneys for Defendant, Teamsters Local*
12   *631 Security Fund for Southern Nevada*

13                                          **O R D E R**

14   **IT IS SO ORDERED.**

15   _____
     CHIEF UNITED STATES DISTRICT JUDGE

16

17   DATED: <u>January 8, 2026</u>

18

19

20

21

22

23

24

25

26

27

28